IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER DIXON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAW OFFICE OF SCOTT J. WATSON P.C. | : | NO. 17-5236 |

ORDER

AND NOW, this 5th day of February, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant Law Office of Scott J. Watson P.C. to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 3) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.