IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALEXANDER DIXON : CIVIL ACTION
:
v. :
:
J. SCOTT WATSON P.C. : NO. 17-5236

ORDER

AND NOW, this 7th day of August, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1) the motion of plaintiff Alexander Dixon for summary judgment (Doc. # 43) is GRANTED as follows:

   a) summary judgment is entered in favor of plaintiff Alexander Dixon and against defendant J. Scott Watson P.C. for plaintiff's claim for violation of 15 U.S.C. § 1692i;

   b) the motion of plaintiff Alexander Dixon for summary judgment is otherwise DENIED on the ground that genuine disputes of material fact exist;

2) the motion of defendant J. Scott Watson P.C. for summary judgment (Doc. # 44) is DENIED as follows:

   a) the motion of defendant J Scott Watson P.C. for summary judgment on plaintiff's claim for

violation of 15 U.S.C. § 1692i is DENIED as a matter of law;

b) the motion of defendant J. Scott Watson for summary judgment is otherwise DENIED on the ground that genuine disputes of material fact exist.

       BY THE COURT:


       /s/ Harvey Bartle III
                J.