IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER DIXON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J SCOTT WATSON, P.C. | : | NO. 17-5236 |

ORDER

AND NOW, this 28th day of August, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant J. Scott Watson, P.C. for reconsideration of this court's August 7, 2018 order (Doc. # 55) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                      J.